# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1300
_____

RONALD A. CONINE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.


July 23, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, BILBREY, and WINOKUR, JJ., concur.
_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***
_____

Ronald Alan Conine, pro se, Appellant.

Ashley Moody, Attorney General, Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.